■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDDIE PEACOCK, Appellant.—Judgment unanimously affirmed. Memorandum: During the trial two prosecution witnesses were permitted, over objection, to testify concerning an out-of-court statement made by the complainant in which she identified the defendant as the man who had raped her. Absent a claim of recent fabrication such testimony improperly bolsters the complainant's credibility and is inadmissible *(People v Wooden*, 66 AD2d 1004). However, in light of the strong evidence of guilt, including defendant's confession, we find the error to be harmless *(People v Crimmins*, 36 NY2d 230). (Appeal from judgment of Monroe Supreme Court—rape, first degree.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan, and Moule, JJ.